THE MAYOR AND CITY COUNCIL OF BALTI-
MORE, a Municipal Corporation,

*vs.*

ELLA G. HUTZLER, ALBERT DAVID HUTZLER,
JACOB H. HOLLANDER and HENRY OPPEN-
HEIMER, Executors of the Estate of David
Hutzler.

*Tax laws*: *money on deposit; ancient constructions not to be disregarded.*

*Decided May 3rd, 1918.*

Appeal from the Baltimore City Court.   (Bond, J.)

The cause was argued before Boyd, C. J., Briscoe, Thomas, Pattison, Urner, Stockbridge and Constable, JJ.

*R. Contee Rose, Assistant City Solicitor,* and *S. S. Field, City Solicitor,* for the City of Baltimore, appellant.

*Charles Markell* (with a brief by *Haman, Cook, Chesnut & Markell*), for Ella G. Hutzler *et al.,* appellees.

Pattison, J., delivered the opinion of the Court.

The order of the Baltimore City Court affirming the action of the State Tax Commission of Maryland vacating and annulling the assessment made by the Appeal Tax Court of Baltimore City for the purposes of taxation for the years 1914 and 1915 upon the deposits mentioned in the records will be affirmed for the reasons given in the opinion filed in the case of *Mayor and City Council of Baltimore v. Mary Gresham Machen and Arthur W. Machen, Jr., Executors, ante,* p. 618.

*Order affirmed, with costs to the appellees.*